| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KN / CUX 25000253 | 01/200 | 171748 | 1 of 1 | | ADP |

Advanced Enviro Systems
1515 Haddon Ave
Camden, NJ 08103

Period Starting:  09/09/2019
Period Ending:   09/15/2019
Pay Date:        09/20/2019

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
    Federal:   2                Federal:  0.00 Addnl
    State:     0                State:
    Local:     0                Local:
Social Security Number:     XXX-XX-XXXX

**John Hall**
**1726 Uber Street**
**Philadelphia, PA 19121**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 16.00 | 320.00 | 320.00 |
| **Gross Pay** | | | **$320.00** | $320.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 16.00 | 16.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -8.54 | 8.54 |
| Social Security | -19.84 | 19.84 |
| Medicare | -4.64 | 4.64 |
| New Jersey State Income | 0.00 | 0.00 |
| Pennsylvania State Income | -9.82 | 9.82 |
| New Jersey State UI | -1.36 | 1.36 |
| New Jersey State DI | -0.54 | 0.54 |
| New Jersey FLI | -0.26 | 0.26 |
| Phila R Local Income | -12.39 | 12.39 |
| **Net Pay** | **$262.61** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9829 | XXXXXXXXX | 262.61 |

Your federal taxable wages this period are  $320.00

---

Advanced Enviro Systems
1515 Haddon Ave
Camden, NJ 08103

Pay Date:    09/20/2019

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9829 | XXXXXXXXX | 262.61 |

John Hall
1726 Uber Street
Philadelphia, PA 19121

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KN / CUX 25000253 | 01/200 | 209245 | 1 of 1 | | ADP |

Advanced Enviro Systems
1515 Haddon Ave
Camden, NJ 08103

Period Starting: 09/23/2019
Period Ending: 09/29/2019
Pay Date: 10/04/2019

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
    Federal:  2                Federal:  0.00 Addnl
    State:    0                State:
    Local:    0                Local:
Social Security Number:   XXX-XX-XXXX

John Hall
1726 Uber Street
Philadelphia, PA 19121

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | 1870.00 |
| **Gross Pay** | | | **$800.00** | **$1,870.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -64.12 | 130.78 |
| Social Security | -49.60 | 115.94 |
| Medicare | -11.60 | 27.12 |
| New Jersey State Income | 0.00 | 0.00 |
| Pennsylvania State Income | -24.56 | 57.41 |
| New Jersey State UI | -3.40 | 7.95 |
| New Jersey State DI | -1.36 | 3.18 |
| New Jersey FLI | -0.64 | 1.50 |
| Phila R Local Income | -30.97 | 72.39 |
| **Net Pay** | | **$613.75** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 93.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9829 | XXXXXXXX | 613.75 |

Your federal taxable wages this period are  $800.00

---

Advanced Enviro Systems
1515 Haddon Ave
Camden, NJ 08103

Pay Date:    10/04/2019

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9829 | XXXXXXXX | 613.75 |

John Hall
1726 Uber Street
Philadelphia, PA 19121

| Company Code | Loc/Dept | Number | Page | Earnings Statement |
|---|---|---|---|---|
| KN / CUX 25000253 | 01/200 | 230089 | 1 of 1 | ADP |

Advanced Enviro Systems
1515 Haddon Ave
Camden, NJ 08103

Period Starting: 09/30/2019
Period Ending: 10/06/2019
Pay Date: 10/11/2019

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
  Federal:  2               Federal:  0.00 Addnl
  State:    0               State:
  Local:    0               Local:
Social Security Number:    XXX-XX-XXXX

John Hall
1726 Uber Street
Philadelphia, PA 19121

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | 2670.00 |
| **Gross Pay** | | | **$800.00** | **$2,670.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 133.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -64.12 | 194.90 |
| Social Security | -49.60 | 165.54 |
| Medicare | -11.60 | 38.72 |
| Pennsylvania State Income | -24.56 | 81.97 |
| New Jersey State Income | 0.00 | 0.00 |
| New Jersey State UI | -3.40 | 11.35 |
| New Jersey State DI | -1.36 | 4.54 |
| New Jersey FLI | -0.64 | 2.14 |
| Phila R Local Income | -30.97 | 103.36 |
| **Net Pay** | | **$613.75** |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9829 | XXXXXXXXX | 613.75 |

Your federal taxable wages this period are $800.00

---

Advanced Enviro Systems
1515 Haddon Ave
Camden, NJ 08103

Pay Date: 10/11/2019

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9829 | XXXXXXXXX | 613.75 |

John Hall
1726 Uber Street
Philadelphia, PA 19121

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KN / CUX 25000253 | 01/200 | 251774 | 1 of 1 | | ADP |

Advanced Enviro Systems
1515 Haddon Ave
Camden, NJ 08103

Period Starting: 10/07/2019
Period Ending: 10/13/2019
Pay Date: 10/18/2019

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
    Federal:    2        Federal:    0.00 Addnl
    State:    0        State:
    Local:    0        Local:
Social Security Number:    XXX-XX-XXXX

John Hall
1726 Uber Street
Philadelphia, PA 19121

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | 3470.00 |
| Overtime | 30.0000 | 0.75 | 22.50 | 22.50 |
| **Gross Pay** | | | **$822.50** | **$3,492.50** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.75 | 174.25 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -66.82 | 261.72 |
| Social Security | -51.00 | 216.54 |
| Medicare | -11.92 | 50.64 |
| New Jersey State Income | 0.00 | 0.00 |
| Pennsylvania State Income | -25.25 | 107.22 |
| New Jersey State UI | -3.50 | 14.85 |
| New Jersey State DI | -1.40 | 5.94 |
| New Jersey FLI | -0.66 | 2.80 |
| Phila R Local Income | -31.84 | 135.20 |
| **Net Pay** | | **$630.11** |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9829 | XXXXXXXXX | 630.11 |

Your federal taxable wages this period are  $822.50

Advanced Enviro Systems
1515 Haddon Ave
Camden, NJ 08103

Pay Date:    10/18/2019

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9829 | XXXXXXXXX | 630.11 |

John Hall
1726 Uber Street
Philadelphia, PA 19121

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KN / CUX 25000253 | 01/200 | 268061 | 1 of 1 |

**Earnings Statement**

ADP

Advanced Enviro Systems
1515 Haddon Ave
Camden, NJ 08103

Period Starting:   10/14/2019
Period Ending:    10/20/2019
Pay Date:              10/25/2019

Taxable Marital Status:   Single
Exemptions/Allowances:         Tax Override:
  Federal:   2                            Federal:   0.00 Addnl
  State:       0                            State:
  Local:       0                            Local:
Social Security Number:    XXX-XX-XXXX

John Hall
1726 Uber Street
Philadelphia, PA 19121

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 39.65 | 793.00 | 4263.00 |
| Overtime | | | 0.00 | 22.50 |
| **Gross Pay** | | | **$793.00** | **$4,285.50** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -63.28 | 325.00 |
| Social Security | -49.16 | 265.70 |
| Medicare | -11.50 | 62.14 |
| Pennsylvania State Income | -24.35 | 131.57 |
| New Jersey State Income | 0.00 | 0.00 |
| New Jersey State UI | -3.37 | 18.22 |
| New Jersey State DI | -1.35 | 7.29 |
| New Jersey FLI | -0.63 | 3.43 |
| Phila R Local Income | -30.70 | 165.90 |
| **Net Pay** | | **$608.66** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 39.65 | 213.90 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9829 | XXXXXXXX | 608.66 |

Your federal taxable wages this period are  $793.00

---

Advanced Enviro Systems
1515 Haddon Ave
Camden, NJ 08103

Pay Date:    10/25/2019

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9829 | XXXXXXXX | 608.66 |

John Hall
1726 Uber Street
Philadelphia, PA 19121

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KN / CUX 25000253 | 01/200 | 288824 | 1 of 1 |

**Earnings Statement**                                              ADP

Advanced Enviro Systems
1515 Haddon Ave
Camden, NJ 08103

Period Starting:  10/21/2019
Period Ending:    10/27/2019
Pay Date:         11/01/2019

Taxable Marital Status:   Single
Exemptions/Allowances:        Tax Override:
 Federal:  2                    Federal:  0.00 Addnl
 State:    0                    State:
 Local:    0                    Local:
Social Security Number:   XXX-XX-XXXX

John Hall
1726 Uber Street
Philadelphia, PA 19121

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | 5063.00 |
| Overtime | 30.0000 | 2.28 | 68.40 | 90.90 |
| **Gross Pay** | | | **$868.40** | **$5,153.90** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -72.32 | 397.32 |
| Social Security | -53.84 | 319.54 |
| Medicare | -12.59 | 74.73 |
| Pennsylvania State Income | -26.66 | 158.23 |
| New Jersey State Income | 0.00 | 0.00 |
| New Jersey State UI | -3.69 | 21.91 |
| New Jersey State DI | -1.47 | 8.76 |
| New Jersey FLI | -0.70 | 4.13 |
| Phila R Local Income | -33.62 | 199.52 |
| **Net Pay** | | **$663.51** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 42.28 | 256.18 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9829 | XXXXXXXXX | 663.51 |

Your federal taxable wages this period are $868.40

---

Advanced Enviro Systems
1515 Haddon Ave
Camden, NJ 08103

Pay Date:    11/01/2019

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9829 | XXXXXXXXX | 663.51 |

John Hall
1726 Uber Street
Philadelphia, PA 19121