# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                         Chapter 13

                         Bankruptcy No. 20-11144-ELF

      JOHN  R. HALL, JR.

      1726 NORTH UBER STREET

      PHILADELPHIA, PA 19121-

          Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

      JOHN  R. HALL, JR.

      1726 NORTH UBER STREET

      PHILADELPHIA, PA 19121-

Counsel for debtor(s), by electronic notice only.

      MICHAEL D. SAYLES ESQ
      427 W. CHELTENHAM AV
      SUITE 2
      ELKINS PARK, PA 19027-3291

                       /S/ William C. Miller

Date: 4/30/2020               _____

                       William C. Miller, Esquire
                       Chapter 13 Standing Trustee