```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                        Case No. 20-11144-elf
John R. Hall, Jr.                                             Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Pamela            Page 1 of 2            Date Rcvd: May 11, 2020
                                Form ID: 152            Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
db             +John R. Hall, Jr.,    1726 North Uber Street,    Philadelphia, PA 19121-3128
14472590       +Collections Unit,    14th Floor, Strawberry Square,    Harrisburg, PA 17120-0001
14472591        Consumer Portfolio Services, Inc.,    PO Box 98768,    Phoenix, AZ 85038-0768
14472593       +KML Law Group, PC,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14495730       +PENNSYLVANIA HOUSING FINANCE AGENCY,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14472595        Peco,    P.O. Box 13439,    Philadelphia, PA 19162-0439
14496227       +Pennsylvania Housing Finance Agency,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14472598       +US Bank National Association,    c/o PHFA Loan Servicing Division,    211 North Front Street,
                 Harrisburg, PA 17101-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 12 2020 03:06:54     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2020 03:06:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 12 2020 03:06:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 12 2020 03:06:27
                 Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                 Arlington, TX 76096-3853
14491299        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 12 2020 03:06:27
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
14472588        E-mail/Text: megan.harper@phila.gov May 12 2020 03:06:54     City of Philadelphia,
                 Law Department-Bankruptcy Unit,    Municipal Services Building,    1401 JFK Boulevard, 5th Floor,
                 Philadelphia, PA 19102-1595
14472589        E-mail/Text: megan.harper@phila.gov May 12 2020 03:06:54     City of Philadelphia,
                 Law Department-Bankruptcy Unit,    One Parkway Building,    1515 Arch Street, 15th Floor,
                 Philadelphia, PA 19102-1595
14472592        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 12 2020 03:06:27     GM Financial,
                 PO Box 78143,    Phoenix, AZ 85062-8143
14472597       +E-mail/Text: blegal@phfa.org May 12 2020 03:06:41     PHFA,    PO Box 15057,
                 Harrisburg, PA 17105-5057
14472596       +E-mail/Text: bankruptcygroup@peco-energy.com May 12 2020 03:06:27     Peco,   c/o Merrick Friel,
                 2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
14500700       +E-mail/Text: blegal@phfa.org May 12 2020 03:06:41     U.S. Bank National Association, et al,
                 c/o Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
14472599        E-mail/Text: megan.harper@phila.gov May 12 2020 03:06:54     Water Revenue Bureau,
                 Philadelphia Department of Revenue,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14472594        Olive E. Neal
14498179*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,    dba GM Financial,
                 PO Box 183853,    Arlington, TX 76096)
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Pamela              Page 2 of 2              Date Rcvd: May 11, 2020
                               Form ID: 152              Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2020 at the address(es) listed below:

```
          MICHAEL D. SAYLES    on behalf of Debtor John R. Hall, Jr. midusa1@comcast.net,
           michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: John R. Hall, Jr.
    Debtor(s)

Case No: 20−11144−elf

Chapter: 13

___

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 6/2/20 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court