United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John R. Hall, Jr.  
    Debtor

Case No. 20-11144-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Pamela     Page 1 of 1     Date Rcvd: May 11, 2020  
                           Form ID: 167      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2020.  
db         +John R. Hall, Jr.,   1726 North Uber Street,   Philadelphia, PA 19121-3128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 12 2020 03:06:27  
           Americredit Financial Services, Inc. Dba GM Financ,   P.O Box 183853,  
           Arlington, TX 76096-3853  
                                                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2020 at the address(es) listed below:  
        MICHAEL D. SAYLES    on behalf of Debtor John R. Hall, Jr. midusa1@comcast.net,  
         michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency  
         bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
         philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                               TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John R. Hall, Jr.
    Debtor(s)

Case No: 20−11144−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments Filed by WILLIAM C. MILLER, Esq. Represented by William C. Miller (Counsel).

on: 6/2/20

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date:  5/11/20

For The Court

Timothy B. McGrath
Clerk of Court

24 − 20
Form 167