IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: JOHN R. HALL, JR. | ) |
| **Debtor(s)** | ) CHAPTER 13 |
| | ) |
| AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL | ) CASE NO. 20-11144 (ELF) |
| **Moving Party** | ) HEARING DATE: **8-4-20 at 9:30 AM** |
| | ) |
| v. | ) |
| | ) 11 U.S.C. 362 |
| JOHN R. HALL, JR. | ) |
| OLIVIA E. NEAL | ) 11 U.S.C. 1301 |
| **Respondent(s)** | ) |
| | ) |
| WILLIAM C. MILLER | ) |
| **Trustee** | ) |
| | ) |

## ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between GM Financial and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about October 1, 2020 in the above matter (Doc. # 57) is **APPROVED**.

Dated: 10/7/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**