**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 20-11144-ELF

JOHN R. HALL, JR.

1726 NORTH UBER STREET

PHILADELPHIA, PA 19121-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOHN R. HALL, JR.

1726 NORTH UBER STREET

PHILADELPHIA, PA 19121-

Counsel for debtor(s), by electronic notice only.

MICHAEL D. SAYLES ESQ
427 W. CHELTENHAM AV
SUITE 2
ELKINS PARK, PA 19027-3291

Date: 5/17/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee